```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 46421
   JOHNNY WILL SMITH
   CHERRIS ALANE SMITH                           CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6298     SSN XXX-XX-9464

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/17/2004 and was confirmed 03/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICASH LOANS LLC      UNSECURED          556.08            .00           55.61
CHICAGO OFFICE FEDERAL C SECURED          17200.00         2412.10        17200.00
CHICAGO OFFICE FEDERAL C UNSECURED        18210.48            .00         1821.05
SILVERLEAF RESORTS INC   SECURED NOT I     7298.37            .00             .00
INTERNAL REVENUE SERVICE PRIORITY           645.34            .00          645.34
CHICAGO AREA OFFICE FED  UNSECURED        NOT FILED           .00             .00
CHICAGO OFFICE FEDERAL C UNSECURED              .00           .00             .00
CHICAGO AREA OFFICE FED  UNSECURED        NOT FILED           .00             .00
CHICAGO AREA OFFICE FED  UNSECURED        NOT FILED           .00             .00
CHICAGO AREA OFFICE FED  UNSECURED        NOT FILED           .00             .00
CHICAGO AREA OFFICE FED  UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING  UNSECURED           370.00           .00           37.00
CBA COLLECTION BUREAU    NOTICE ONLY     NOT FILED            .00             .00
AT & T BANKRUPCTY        UNSECURED           246.58           .00           24.66
LEEDERS & ASSOCIATES LTD DEBTOR ATTY       2,200.00                       2,200.00
TOM VAUGHN               TRUSTEE                                          1,489.07
DEBTOR REFUND            REFUND                                             876.17

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             26,761.00

PRIORITY                                        645.34
SECURED                                      17,200.00
    INTEREST                                  2,412.10
UNSECURED                                     1,938.32
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                          1,489.07
DEBTOR REFUND                                   876.17
                                         ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 46421 JOHNNY WILL SMITH & CHERRIS ALANE SMITH
```

```
TOTALS                                  26,761.00            26,761.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/20/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE